# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 2/4867327 |
| BRIGHAM A. SCOTT | CJA: KENT GRAY |

**THE DEFENDANT:** Pleaded guilty to count(s) 1 of the Citation (s).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-2-138(1)(a) | DRIVING UNDER RESTRAINT (ALCOHOL) | 6/6/2015 | 1 |

Defendant sentenced to: thirty (30) days incarceration; one (1) year unsupervised probation; must pay fine of $500 with $500 suspended, fees of $25/25 to be paid by 3/15/2016. Defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $25.00 | $0.00 | $25.00 |

12/2/2015
Date of Imposition of Judgment

*Signature of Judicial Officer*
Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

12/7/2015
Date