# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For Contempt) — Short Form |
|---|---|
| v. | CASE NUMBER: 16-MJ-07004-MEH |
| BRIGHAM SCOTT | FPD: ROBERT PEPIN |

**THE DEFENDANT:** on March 17, 2016 admitted to failure to appear for self surrender on December 16, 2015 at 10:00 a.m. to United States Marshals at Colorado Springs Court location.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 401;<br>28 U.S.C. § 636(e)(2);<br>28 U.S.C. 636(e)(3) | CONTEMPT | 12/16/2015 | 1 |

Defendant sentenced to: thirty (30) additional days incarceration.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $0.00 | $0.00 | $0.00 |

3/17/2016
Date of Imposition of Judgment

*Michael E. Hegarty* (signature)
Signature of Judicial Officer
Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

3/21/2016
Date